No. 2016-2249

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

REMBRANDT GAMING TECHNOLOGIES, LP,
*Plaintiff-Appellant*,

v.

BOYD GAMING CORPORATION, WMS GAMING INC., LVGV, LLC,
*Defendants-Appellees*.

NEW CASTLE CORP., RAMPARTS, INC., MANDALAY CORP.,
CIRCUS CIRCUS CASINOS, INC., VICTORIA PARTNERS, BELLAGIO, LLC,
MGM GRAND HOTEL, LLC, THE MIRAGE CASINO-HOTEL,
NEW YORK-NEW YORK HOTEL & CASINO, LLC,
ARIA RESORT & CASINO HOLDINGS, LLC,
CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,
*Defendants*.

Appeal from the United States District Court for the
District of Nevada in Case No. 2:12-cv-00775-MMD-GWF,
Judge Miranda M. Du

**UNOPPOSED MOTION OF DEFENDANTS-APPELLEES FOR
EXTENSION OF TIME TO FILE THEIR BRIEF**

Pursuant to Rule 26(b) of the Federal Circuit Rules, Defendants-Appellees Boyd Gaming Corporation, WMS Gaming Inc., and LVGV, LLC ("Defendants-Appellees") respectfully request a sixty day extension of time to file their brief from December 5, 2016, to February 3, 2017. Defendants-Appellees have not previously sought an extension. Counsel for Plaintiff-Appellant has indicated Plaintiff-Appellant does not oppose this requested extension.

Plaintiff-Appellant requested and received a sixty day extension of time to file its opening brief from August 26, 2016, to October 25, 2016, to accommodate maternity leave for one of its appellate attorneys. Plaintiff-Appellant filed its opening brief on October 25, 2016. Thus, Defendants-Appellees' brief is currently due on December 5, 2016.

Good cause exists for Defendants-Appellees requested sixty day extension of time to file their brief. One of Defendants-Appellees' primary appellate attorneys responsible for the preparation of their brief, Audra C. Eidem Heinze, is on maternity leave through November 2016. Furthermore, an extension of less than sixty days would result in a substantial portion of Defendants-Appellees' briefing period overlapping with the end-of-the-year holidays, when Defendants-Appellees' primary appellate attorneys responsible for the preparation of the brief will be out of the office. This requested extension, therefore, will allow Defendants-Appellees sufficient time to prepare their brief and ensure an orderly and efficient presentation of the issues presented in this appeal.

## CONCLUSION

For these reasons, Defendants-Appellees respectfully request that the date by which they must file their brief be extended by sixty days, up to and including February 3, 2017.

Dated:  October 26, 2016              Respectfully submitted,

/s/ Michael J. Harris
Timothy C. Meece
V. Bryan Medlock, Jr.
Michael J. Harris
Audra C. Eidem Heinze
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-463-5000
*Attorneys for Defendants-Appellees*

David P. Enzminger
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025
Telephone: 650-858-6500
*Attorney for Defendants-Appellees Boyd Gaming Corp., and LVGV, LLC*

Patrick M. McCarthy
HOWARD & HOWARD ATTORNEYS PLLC
2950 South State Street, Suite 360
Ann Arbor, Michigan 48104
Telephone: 734-222-1483
*Attorney for Defendants-Appellees Boyd Gaming Corp., and LVGV, LLC*

No. 2016-2249

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

REMBRANDT GAMING TECHNOLOGIES, LP,
*Plaintiff-Appellant*,

v.

BOYD GAMING CORPORATION, WMS GAMING INC., LVGV, LLC,
*Defendants-Appellees*.

NEW CASTLE CORP., RAMPARTS, INC.,
MANDALAY CORP., CIRCUS CIRCUS CASINOS, INC.,
VICTORIA PARTNERS, BELLAGIO, LLC,
MGM GRAND HOTEL, LLC, THE MIRAGE CASINO-HOTEL,
NEW YORK-NEW YORK HOTEL & CASINO, LLC,
ARIA RESORT & CASINO HOLDINGS, LLC,
CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,
*Defendants*.

Appeal from the United States District Court for the
District of Nevada in Case No. 2:12-cv-00775-MMD-GWF,
Judge Miranda M. Du

## DECLARATION OF MICHAEL J. HARRIS

I, Michael J. Harris, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am admitted to practice before this Court. I am an attorney with the law firm of Banner & Witcoff, Ltd., and counsel of record for Defendants-Appellees Boyd Gaming Corporation, WMS Gaming Inc., and LVGV, LLC ("Defendants-

Appellees") in this action. I make this declaration in support of Defendants-Appellees' unopposed motion for an extension of time to file their brief.

2. Plaintiff-Appellant requested and received a sixty day extension of time to file its opening brief from August 26, 2016, to October 25, 2016.

3. Plaintiff-Appellant filed its opening brief on October 25, 2016.

4. Defendants-Appellees' brief is currently due on December 5, 2016.

5. Defendants-Appellees request a sixty day extension of time to file their brief from December 5, 2016, to February 3, 2017.

6. Defendants-Appellees have not previously sought an extension.

7. One of Defendants-Appellees' primary appellate attorneys responsible for the preparation of their brief, Audra C. Eidem Heinze, is on maternity leave through November 2016.

8. An extension of less than sixty days would result in a substantial portion of Defendants-Appellees' briefing period overlapping with the end-of-the-year holidays, when Defendants-Appellees' primary appellate attorneys responsible for the preparation of the brief will be out of the office.

9. Counsel for Defendants-Appellees contacted counsel for Plaintiff-Appellant regarding this requested extension. Counsel for Plaintiff-Appellant indicated Plaintiff-Appellant does not oppose this requested extension.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on October 26, 2016         /s/ Michael J. Harris
                                      MICHAEL J. HARRIS
                                      *Attorney for Defendants-Appellees*

## **CERTIFICATE OF INTEREST**

Counsel for Defendants-Appellees Boyd Gaming Corporation, WMS Gaming Inc., and LVGV, LLC certifies the following:

1. **The full name of every party represented by us is:**

   WMS Gaming Inc.
   Boyd Gaming Corporation
   LVGV, LLC

2. **The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:**

   WMS Gaming Inc.
   Boyd Gaming Corporation
   LVGV, LLC

3. **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by us are:**

   WMS Gaming Inc.:  WMS Industries Inc. and Scientific Games Corporation

   Boyd Gaming Corporation:  None

   LVGV, LLC:  None

4. **The names of all law firms and the partners and associates that have appeared for the party in the lower tribunal or are expected to appear for the party in this court and who are not already listed on the docket for the current case are:**

   J. Randall Jones, Kemp, Jones & Coulthard, LLP
   Jennifer Dorsey, Kemp, Jones & Coulthard, LLP
   Spencer H. Gunnerson, Kemp, Jones & Coulthard, LLP
   Jenna W. Logoluso, Winston & Strawn LLP
   David K. Lin, Winston & Strawn LLP
   Christopher Galfano, Banner & Witcoff, Ltd.

DATE:  October 26, 2016  /s/ Michael J. Harris
MICHAEL J. HARRIS
*Attorney for Defendants-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Michael J. Harris
MICHAEL J. HARRIS
*Attorney for Defendants-Appellees*